IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH S. GARWOOD,

    Plaintiff,

vs.                                  CASE NO. 4:09cv20/RS-WCS

T. K. WETHERELL,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed because of failure to comply with N.D. Fla. Loc. R. 5.1(H) and because of abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on March 2, 2009.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**